B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Pughsley, Deneen* | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *4035* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>*1408 N. Burling*<br>*Chicago, IL 60610*      ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business: *COOK* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| [X] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>[ ] Corporation (includes LLC and LLP)<br>[ ] Partnership<br>[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>_____ | [ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[ ] Other | [X] Chapter 7      [ ] Chapter 15 Petition for<br>[ ] Chapter 9          Recognition of a Foreign<br>[ ] Chapter 11        Main Proceeding<br>[ ] Chapter 12     [ ] Chapter 15 Petition for<br>[ ] Chapter 13        Recognition of a Foreign<br>                            Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>[ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>[X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house- hold purpose."      [ ] Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| [X] Full Filing Fee attached.<br><br>[ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>[ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>[ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>[ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>[ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>[ ] A plan is being filed with this petition.<br>[ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | KENNETH S. GARDNER, CLERK<br>PS REP. DDS<br>MAR 3 0 2009<br>FILED<br>UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS |

Estimated Number of Creditors

| [X] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [X] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [X] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B 1 (Official Form 1) (1/08)                                                                                              Page 2

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: ~~Prior bankruptcy case filed within last~~ *leadings* NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____<br>     Signature of Attorney for Debtor(s)     (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case.)* | |

| Signatures | |
|---|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Deneen Pughaley_
Signature of Debtor

X _____
Signature of Joint Debtor

(312) 397-0511
Telephone Number (if not represented by attorney)

3-30-09
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

X _____

Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address
_____
_____

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re: **Deneen Pughsley**

Case No.

Chapter **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | 0.00 | | |
| B - Personal Property | YES | 1 | 1,299.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 9 | | 45,142.30 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | 1,716.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | 2,593.00 |
| Total Number of Sheets of ALL Schedules: | | 18 | | | |
| Total Assets: | | | 1,299.00 | | |
| Total Liabilities: | | | | 45,142.30 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

Northern    District Of Illinois

In re _____,    Case No. _____
          Debtor

          Chapter _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4.  Total from Schedule F | | $ |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re _Deneen Puglisley_                     Case No._____
 ────────────────────                              ────────────────
         Debtor                                        *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

❏ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❏ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/08) – Cont.                                                    Page 2

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❏ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _Deneen Pughsley_

Date: _3-30-09_

In re: **Deneen Pughsley**

Case No.

Chapter **7**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing a "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Community | Current Market Value of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | Total: | **$0.00** | |

In re: **Deneen Pughsley**

Case No.

Chapter **7**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing a "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Comm-unity | Current Market Value of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | Total: | $0.00 | |

In re: **Deneen Pughsley**

Case No.

Chapter **7**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property (All property is located at the debtor's address unless otherwise noted.) | Husband Wife Joint or Comm-unity | Current Market Value of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand** | | **299.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Household Furnishings** | | **500.00** |
| 5.  Books, pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectables. | | **Books, Pictures** | | **200.00** |
| 6.  Wearing apparel. | | **Wearing apparel** | | **300.00** |

In re: **Deneen Pughsley**

Case No.

Chapter **7**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property<br><br>(All property is located at the debtor's address unless otherwise noted.) | Husband Wife Joint or Comm- unity | Current Market Value of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption |
|---|---|---|---|---|
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13.  Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.  Accounts receivable. | X | | | |

In re: **Deneen Pughsley**

Case No.

Chapter **7**

# SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property (All property is located at the debtor's address unless otherwise noted.) | Husband Wife Joint or Comm-unity | Current Market Value of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption |
|---|---|---|---|---|
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliqidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particluars. | X | | | |

In re: **Deneen Pughsley**

Case No.

Chapter **7**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property<br><br>(All property is located at the debtor's address unless otherwise noted.) | Husband Wife Joint or Comm-unity | Current Market Value of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption |
|---|---|---|---|---|
| 23.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24.  Boats, motors, and accessories. | X | | | |
| 25.  Aircraft and accessories. | X | | | |
| 26.  Office equipment, furnishings, and supplies. | X | | . | |
| 27.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28.  Inventory | X | | | |
| 29.  Animals. | X | | | |
| 30.  Crops - growing or harvested.  Give particulars. | X | | | |
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals, and feed. | X | | | |
| 33.  Other personal property of any kind not already listed.  Itemize. | X | | | |

| | |
|---|---|
| Total: | **$1,299.00** |

In re: **Deneen Pughsley**

Case No.

Chapter **7**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. 522(b)(1): Exemptions provided in 11 U.S.C. 522(d). **Note:  These exemptions are available only in certain states.**

☒ 11 U.S.C. 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceeding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

**All law references are to Illinois Annotated Statutes.**

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on hand** | **735-5/12-1001(b)** | 299.00 | 299.00 |
| **Household Furnishings** | **735-5/12-1001(b)** | 500.00 | 500.00 |
| **Books, Pictures** | **735-5/12-1001(a)** | 200.00 | 200.00 |
| **Wearing apparel** | **735-5/12-1001(b)** | 300.00 | 300.00 |

In re: **Deneen Pughsley**                                    Case No.

                                                              Chapter **7**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgement liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeld "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeld "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeld "Disputed". (You may need to place an "X" in more than one of these three columns.)

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Comm- unity | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | 0.00 | |
| | | | Value: | | | | | |

|  |  |
|---|---|
| Page total: | **$0.00** |
| **Total:** | **$0.00** |

In re: **Deneen Pughsley**

Case No.

Chapter **7**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed on this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. 507 (a)(2).

☐ **Wages, salaries, and commissions.**
Wages, salaries and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualified independent sales representatives up to $4,650* per person earned within 90 days immediately preceeding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceeding the filing of the orginial petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,650 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. 507(a)(6).

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. 507(a)(9).

* Amounts are subject to adjustment on April 1, 2004 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re: **Deneen Pughsley**

Case No.

Chapter **7**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of the filing of the petition.  Do not include claims listed in Schedules D and E.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent".  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated".  If the claim is disputed, place an "X" in the column labeled "Disputed".  (You may need to place an "X" in more than one of these columns.)

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Comm-unity | Date Claim was Incurred And Consideration for Claim. If Claim is Subject to Setoff, So State. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount Of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 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 | | | | | | | |
| Ameristar Financial Co. 1795 N Butterfield Rd. Libertyville, IL. 60048 | | | Credit Purchases/ Car | | | | 6,860.00 |
| Account No. 80501019371166382 | | | | | | | |
| AXSYS/ Fingerhut 16 McLeland Road Saint Cloud, MN. 56303-2189 | | | Credit Purchases | | | | 250.00 |
| Account No. 3999783 | | | | | | | |
| Cavalry Portfolio SVCS. 7 Skyline Drive 3rd. Fl. Hawthorne, NY. 10532 | | | Coll for Sprint | | | | 350.00 |
| Account No. 00047701700 | | | | | | | |
| City Of Chciago Dept Of Rev P.O. Box 88292 Chicago, IL 60680-1292 | | | Parking Ticket / DLS | | | | 100.00 |
| Account No. 0905578363 | | | | | | | |
| City Of Chicago Dept Of Rev P.O. Box 88292 Chicago, IL. 60680-1292 | | | Parking Ticket / DLS | | | | 100.00 |

|  | Page total: | $7,660.00 |
|---|---|---|

In re: **Deneen Pughsley**                                           Case No.

                                                                     Chapter **7**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Comm- unity | Date Claim was Incurred And Consideration for Claim. If Claim is Subject to Setoff, So State. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount Of Claim |
|---|---|---|---|---|---|---|---|
| Account No. **00048010020** | | | | | | | |
| City Of Chicago Dept Of Rev P.O. Box 88292 Chicago, IL. 60680-1292 | | | Parking Ticket / DLS | | | | 50.00 |
| Account No. **00048009932** | | | | | | | |
| City Of Chicago Dept Of Rev P.O. Box 88292 Chicago, IL. 60680-1292 | | | Parking Ticket / DLS | | | | 100.00 |
| Account No. **00048009933** | | | | | | | |
| City Of Chicago Dept Of Rev P.O. Box 88292 Chicago, IL. 60680-1292 | | | Parking Ticket / DLS | | | | 100.00 |
| Account No. **09057573251** | | | | | | | |
| City Of Chicago Dept Of Rev P.O. Box 88292 Chicago, IL. 60680-1292 | | | Parking Ticket / DLS | | | | 100.00 |
| Account No. **00047921512** | | | | | | | |
| City Of Chicago Dept Of Rev P.O. Box 88292 Chicago, IL. 60680-1292 | | | Parking Ticket / DLS | | | | 200.00 |
| Account No. **00047921513** | | | | | | | |
| City Of Chicago Dept Of Rev P.O. Box 88292 Chicago, IL. 60680-1292 | | | Parking Ticket / DLS | | | | 100.00 |
| | | | | | | Page total: | **$650.00** |

In re: **Deneen Pughsley**

Case No.

Chapter **7**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Comm- unity | Date Claim was Incurred And Consideration for Claim. If Claim is Subject to Setoff, So State. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount Of Claim |
|---|---|---|---|---|---|---|---|
| Account No. **00048074465** | | | | | | | |
| **City Of Chicago Dept Of Rev** P.O. Box 88292 **Chicago, IL.** **60680-1292** | | | **Parking Ticket / Seiz** | | | | 100.00 |
| Account No. **09052018360** | | | | | | | |
| **City Of Chicago Dept Of Rev** P.O. Box 88292 **Chicago, IL.** **60680-1292** | | | **Parking Ticket / Seiz** | | | | 100.00 |
| Account No. **00048335658** | | | | | | | |
| **City Of Chicago Dept Of Rev** P.O. Box 88292 **Chicago, IL.** **60680-1292** | | | **Parking Ticket / Seiz** | | | | 100.00 |
| Account No. **00048332058** | | | | | | | |
| **City Of Chicago Dept Of Rev** P.O. Box 88292 **Chicago, IL.** **60680-1292** | | | **Parking Ticket / Seiz** | | | | 100.00 |
| Account No. **00048794992** | | | | | | | |
| **City Of Chicago Dept Of Rev** P.O. Box 88292 **Chicago, IL.** **60680-1292** | | | **Parking Ticket / DLS** | | | | 100.00 |
| Account No. **00048796731** | | | | | | | |
| **City Of Chicago Dept Of Rev** P.O. Box 88292 **Chicago, IL.** **60680-1292** | | | **Parking Ticket / DLS** | | | | 100.00 |
| | | | | | | Page total: | **$600.00** |

In re: **Deneen Pughsley**                                    Case No.

                                                              Chapter **7**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Comm- unity | Date Claim was Incurred And Consideration for Claim. If Claim is Subject to Setoff, So State. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount Of Claim |
|---|---|---|---|---|---|---|---|
| Account No. **00048334571** | | | | | | | |
| City Of Chicago Dept Of Rev P.O. Box 88292 Chicago, IL. 60680-1292 | | | **Parking Ticket / DLS** | | | | 100.00 |
| Account No. **00048767923** | | | | | | | |
| City Of Chicago Dept Of Rev P.O. Box 88292 Chicago, IL. 60680-1292 | | | **Parking Ticket / Seiz** | | | | 100.00 |
| Account No. **00048410924** | | | | | | | |
| City Of Chicago Dept Of Rev P.O. Box 88292 Chicago, IL. 60680-1292 | | | **Parking Ticket / DETR** | | | | 50.00 |
| Account No. **00050142042** | | | | | | | |
| City Of Chicago Dept Of Rev P.O. Box 88292 Chicago, IL. 60680-1292 | | | **Fine Type/ VIOL** | | | | 50.00 |
| Account No. **000449188772** | | | | | | | |
| City Of Chicago Dept Of Rev P.O. Box 88292 Chicago, IL. 60680-1292 | | | **Fine Type/ VIOL** | | | | 50.00 |
| Account No. **0045851306** | | | | | | | |
| City Of Chicago Dept Of Rev P.O. Box 88292 Chicago, IL. 60608-1292 | | | **Parking Ticket / Suspen** | | | | 240.00 |

| | Page total: | **$590.00** |
|---|---|---|

In re: **Deneen Pughsley**

Case No.

Chapter **7**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Community | Date Claim was Incurred And Consideration for Claim. If Claim is Subject to Setoff, So State. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount Of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 00036483817 | | | | | | | |
| City Of Chicago Dept Of Rev. P.O. Box 88292 Chicago, IL. 60680-1292 | | | Parking Ticket / DLS | | | | 89.30 |
| Account No. 0004581306 | | | | | | | |
| City Of Chicago Dept Of Rev. P.O. Box 88292 Chicago, IL. 60680-1292 | | | Parking Ticket / DLS | | | | 240.00 |
| Account No. 09051887355 | | | | | | | |
| City Of Chicago Dept Of Rev. P.O> Box 88292 Chicago, IL. 60680-1292 | | | Parking Ticket / DLS | | | | 60.00 |
| Account No. 07000086324 | | | | | | | |
| City Of Chicago Dept Of Rev. P.O. Box 88292 Chicago, IL. 60680-1292 | | | Parking Ticket / Seiz | | | | 180.00 |
| Account No. 09057144113 | | | | | | | |
| City Of Chicago Dept Of Rev. P.O. Box 88292 Chicago, IL. 60680-1292 | | | Parking Ticket / DLS | | | | 100.00 |
| Account No. 09057142790 | | | | | | | |
| City Of Chicago Dept. Of Rev P.O. Box 88292 Chicago, IL. 60680-1292 | | | Parking Ticket / DLS | | | | 100.00 |
| | | | | | | Page total: | $769.30 |

In re: **Deneen Pughsley**

Case No.

Chapter **7**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Comm-unity | Date Claim was Incurred And Consideration for Claim. If Claim is Subject to Setoff. So State. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount Of Claim |
|---|---|---|---|---|---|---|---|
| Account No. **700086324** | | | | | | | |
| **City of Chicago Dept. of Rev** P.O. Box 88292 **Chicago, IL.** **60680-1292** | | | **Parking Ticket / Seiz** | | | | 180.00 |
| Account No. **0045914205** | | | | | | | |
| **City Of Chicago Dept. Of Rev** P.O. Box 88292 **Chicago, IL.** **60608-1292** | | | **Parking Ticket / Suspen** | | | | 184.00 |
| Account No. **P24017570912-IL.** | | | | | | | |
| **City Of Chicago Dept. Of Rev.** P.O. Box 889292 **Chicago, IL.** **60680-1292** | | | **Fine Type/ DLS** | | | | 20.00 |
| Account No. **P24017570912-IL** | | | | | | | |
| **City Of Chicago Dept. Of Rev.** P.O. Box 889292 **Chicago, IL.** **60680-1292** | | | **Fine Type/ DLS** | | | | 20.00 |
| Account No. **P24017570912-IL.** | | | | | | | |
| **City Of Chicago Dept. Of Rev.** P.O. Box 889292 **Chicago, IL.** **60680-1292** | | | **Fine Type/ DLS** | | | | 20.00 |
| Account No. **P24017570912-IL** | | | | | | | |
| **City Of Chicago Dept. Of Rev.** P.O. Box 88292 **Chicago, IL.** **60680-1292** | | | **Fine Type/ DLS** | | | | 20.00 |
| | | | | | | Page total: | **$444.00** |

In re: **Deneen Pughsley**

Case No.

Chapter **7**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Comm-unity | Date Claim was Incurred And Consideration for Claim. If Claim is Subject to Setoff. So State. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount Of Claim |
|---|---|---|---|---|---|---|---|
| Account No. **00036542868** | | | | | | | |
| City Of Chicago Dept. Of Rev. P.O. Box 88292 Chicago, IL. 60680-1292 | | | **Parking Ticket / DLS** | | | | 120.00 |
| Account No. **00036315466** | | | | | | | |
| City Of Chicago Dept. Of Rev. P.O. Box 88292 Chicago, IL. 60680-1292 | | | **Parking Ticket / DLS** | | | | 120.00 |
| Account No. **00036313604** | | | | | | | |
| City Of Chicago Dept. Of Rev. P.O. Box 88292 Chicago, IL. 60680-1292 | | | **Parking Ticket / DLS** | | | | 120.00 |
| Account No. **00036323548** | | | | | | | |
| City Of Chicago Dept. Of Rev. P.O. Box 88292 Chicago, IL. 60680-1292 | | | **Parking Ticket / DLS** | | | | 120.00 |
| Account No. **00036323549** | | | | | | | |
| City Of Chicago Dept. Of Rev. P.O. Box 88292 Chicago, IL. 60680-1292 | | | **Parking Ticket / Seiz** | | | | 50.00 |
| Account No. **00037063955** | | | | | | | |
| City Of Chicago Dept. Of Rev. P.O. Box 88292 Chicago, IL. 60680-1292 | | | **Parking Ticket / DLS** | | | | 120.00 |
| | | | | | | Page total: | **$650.00** |

In re: **Deneen Pughsley**                                                      Case No.

                                                                                 Chapter **7**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Comm-unity | Date Claim was Incurred And Consideration for Claim. If Claim is Subject to Setoff, So State. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount Of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 00037063954 | | | | | | | |
| City Of Chicago Dept. Of Rev. P.O. Box 88292 Chicago, IL. 60680-1292 | | | Parking Ticket / Seiz | | | | 50.00 |
| Account No. 00045914205 | | | | | | | |
| City Of Chicago Dept. Of Rev. P.O. Box 88292 Chicago, IL. 60680-1292 | | | Parking Ticket / DLS | | | | 184.00 |
| Account No. 385113511386 | | | | | | | |
| Dependon Collection Serv. 7627 Lake Street River Forest, IL. 60305-1878 | | | Coll for Seton Dental Car | | | | 900.00 |
| Account No. 50000100239531 | | | | | | | |
| HSBC Auto Finance P.O. Box 17904 San Diego, CA. 92177 | | | Auto Purchase | | | | 30,000.00 |
| Account No. 805ING01019371166 | | | | | | | |
| Island National Group 6851 Jerico Turnp Suite 180 Syossett, NY. 11791 | | | Coll for Fingerhut | | | | 250.00 |
| Account No. 12317435 | | | | | | | |
| NCO- Financial P.O. Box 41448 Philadelphia, PA. 19101 | | | Coll for NCO Assignee | | | | 890.00 |

|  | Page total: | **$32,274.00** |
|---|---|---|

In re: **Deneen Pughsley**

Case No.

Chapter **7**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Comm- unity | Date Claim was Incurred And Consideration for Claim. If Claim is Subject to Setoff, So State. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount Of Claim |
|---|---|---|---|---|---|---|---|
| Account No. **28074448** | | | | | | | |
| **NCO- Medclear** P.O. Box 41448 Philadelphia, PA. 19101 | | | **Coll for Webster Emergenc** | | | | 180.00 |
| Account No. **44797260075923** | | | | | | | |
| **Washington Mutual Providian** P.O. Box 660490 Dallas, TX. 75266-0490 | | | **Credit Purchases** | | | | 1,200.00 |
| Account No. **8798300010315470** | | | | | | | |
| **Wexler & Wexler** 500 W. Madison St. Chicago, IL. 60661-4571 | | | **Coll For Comcast** | | | | 125.00 |
| | | | | | | Page total: | $1,505.00 |
| | | | | | | **Total:** | **$45,142.30** |

In re: **Deneen Pughsley**

Case No.

Chapter **7**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in the contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☒  Check this box if debtor has no creditors holding secured claims to report on this Schedule G.

| Name and Mailing Address, Including Zip Code, Of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest.  State Whether Lease is For Nonresidential Real Property.  State Contract Number of Any Government Contract. |
|---|---|
| | |

In re: **Deneen Pughsley**                                                  Case No.

                                                                            Chapter **7**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedule of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceeding the commencement of this case.

☒  Check this box if debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

In re: **Deneen Pughsley**                                      Case No.

                                                                Chapter **7**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | **Andre Pughsley** | **12** |
| | **Ashante Pughsley** | **12** |
| | **Deshaun Davis** | **13** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation: | **Maintence** | |
| Name of Employer: | **Kenard Management** | |
| How long employed: | **3 years** | |
| Address of Employer: | **328 S. Jefferson** | |
| | **Chicago, IL. 60661** | |

| **Income:** (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | 2,070.00 | 0.00 |
| Estimated monthly overtime | 0.00 | 0.00 |
| SUBTOTAL | **$2,070.00** | **$0.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | 354.00 | 0.00 |
| b. Insurance | 0.00 | 0.00 |
| c. Union dues | 0.00 | 0.00 |
| d. Other (Specify:) | 0.00 | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | **$354.00** | **$0.00** |
| TOTAL NET MONTLY TAKE HOME PAY | **$1,716.00** | **$0.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | 0.00 | 0.00 |
| Income from real property | 0.00 | 0.00 |
| Interest and dividends | 0.00 | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | 0.00 | 0.00 |
| Social security or other government assistance (Specify:) | 0.00 | 0.00 |
| Pension or retirement income | 0.00 | 0.00 |
| Other monthy income | 0.00 | 0.00 |
| (Specify:) | 0.00 | 0.00 |
| TOTAL MONTHLY INCOME | **$1,716.00** | **$0.00** |

| TOTAL COMBINED MONTHLY INCOME | **$1,716.00** |
|---|---|

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re: **Deneen Pughsley**

Case No.

Chapter **7**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

☐ Check this box if a joint petiton is filed and the debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rental for mobile home) | | **510.00** |
| | Are real estate taxes included?    Yes ☐  No ☒ | |
| | Is property insurance included?    Yes ☐  No ☒ | |
| Utilities | Electricity and heating fuel | **320.00** |
| | Water and sewer | **0.00** |
| | Telephone | **108.00** |
| | Other | **0.00** |
| Home maintenance (repairs and upkeep) | | **0.00** |
| Food | | **500.00** |
| Clothing | | **300.00** |
| Laundry and dry cleaning | | **250.00** |
| Medical and dental expense | | **0.00** |
| Transportation (not including car payments) | | **350.00** |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | **50.00** |
| Charitable contributions | | **160.00** |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| | Homeowner's or renter's | **0.00** |
| | Life | **0.00** |
| | Health | **0.00** |
| | Auto | **45.00** |
| | Other | **0.00** |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| | (Specify) | **0.00** |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | Auto | **0.00** |
| | Other | **0.00** |
| | Other | **0.00** |
| Alimony, maintenance, and support paid to others | | **0.00** |
| Payments for support of additional dependents not living at your home | | **0.00** |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | **0.00** |
| | Other | **0.00** |

TOTAL MONTHLY EXPENSES  **$2,593.00**

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re: **Deneen Pughsley**

Case No.

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 15 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:_____    Signature of Debtor: _Deneen Pughsley_

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_Evelyn Hernandez_                          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
Name of Bankruptcy Petition Preparer          Social Security Number

**5549 W. Gladys**

**1st Fl. Chicago, IL. 60644**

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. 110, 18 U.S.C. 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an athorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary of schedules, consisting of 15 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:_____    Signature: **Not Applicable** _____

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 and 3571*

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re: **Deneen Pughsley**

Case No.

Chapter **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Question 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an appplicable question is "None", mark the box labled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

DEFINITIONS:
"In Business".  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceeding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider".  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. 101.

---

**1.    Income from employment or operation of a business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **24,960** | **2006 Employment ( Kenard Management)** |
| **24,480** | **2007 Employment  ( Kenard Management)** |

**2.    Income other than from employment or operation of a business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income from each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3.    Payments to creditors**

None
☒

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petiton is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b.  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4.    Suits and administrative proceedings, executions, garnishments and attachments**

None
☒

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b.  Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5.    Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6.    Assignments and receiverships**

None
☒

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7.    Gifts**

None
☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8.    Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9.    Payments related to debt counseling or bankruptcy**

None
☒

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

**10.    Other transfers**

None
☒

List all property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**11.    Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12.    Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13.    Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14.    Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

---

**15.    Prior address of debtor**

None
☒

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied durning that period and vacated prior to the commencement of this case. If a joint petition is filed, report any separate addresses of either spouse.

---

**16.    Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17.    Environmental Information**

For the purposes of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☒

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☒

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☒

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18.    Nature, location, and name of business**

None ☒

a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

---

None
☒

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11. U.S.C 101.

---

The following questions are to be completed by every debtor that is a corportation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediateley preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

**19.    Books, records, and financial statements**

None
☒

a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☒

b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☒

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
☒

d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

---

**20.    Inventories**

None
☒

a. List the dates of the last two inventories taken on your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☒    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

---

**21.   Current Partners, Officers, Directors, and Shareholders**

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22.   Former Partners, Officers, Directors, and Shareholders**

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23.   Withdrawals from a partnership or distributions by a corporation**

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24.   Tax Consolidation Group**

None ☒    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

---

**25.    Pension Funds**

None
☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of this case.

---

.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date:_____    Signature of Debtor: _Deneen Pugrsley_

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date:_____    Signature: **Not Applicable** _____

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

____ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. 152 and 3571*

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_Evelyn Hernandez_                        **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**
Name of Bankruptcy Petition Preparer        Social Security Number

**5549 W. Gladys**

**1st Fl.  Chicago, IL. 60644**

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____        _____
Signature of Bankruptcy Petition Preparer        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. 156.*

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re: **Deneen Pughsley**

Case No.

Chapter **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

**a. Property to be Surrendered**

| Description of Property | Creditor's Name |
|---|---|
| **None** | |

**b. Property to be Retained**

| Description of Property | Creditor's Name | Property is claimed as Exempt | Property will be redeemed pursuant to 11 U.S.C. 722 | Debt will be reaffirmed pursuant to 11 U.S.C. 524(c) |
|---|---|---|---|---|
| **None** | | | | |

Date:_____    Signature of Debtor: *Deneen Pughsley*

---

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

*Evelyn Hernandez*
Name of Bankruptcy Petition Preparer

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
Social Security Number

**5549 W. Gladys**

**1st Fl. Chicago, IL. 60644**

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____    _____
Signature of Bankruptcy Petition Preparer        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. 156.*

AXSYS/ Fingerhut
16 McLeland Road
Saint Cloud, MN.
56303-2189


Ameristar Financial Co.
1795 N Butterfield Rd.
Libertyville, IL.
60048


Cavalry Portfolio SVCS.
7 Skyline Drive 3rd. Fl.
Hawthorne, NY.
10532


City Of Chciago Dept Of Rev
P.O. Box 88292
Chicago, IL
60680-1292


City Of Chicago Dept Of Rev
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept Of Rev
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept Of Rev
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept Of Rev
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept Of Rev
P.O. Box 88292
Chicago, IL.
60680-1292

City Of Chicago Dept Of Rev
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept Of Rev
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept Of Rev
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept Of Rev
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept Of Rev
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept Of Rev
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept Of Rev
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept Of Rev
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept Of Rev
P.O. Box 88292
Chicago, IL.
60680-1292

```
City Of Chicago Dept Of Rev
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept Of Rev
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept Of Rev
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept Of Rev
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept Of Rev.
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept Of Rev.
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept Of Rev.
P.O> Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept Of Rev.
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept Of Rev.
P.O. Box 88292
Chicago, IL.
60680-1292
```

```
City Of Chicago Dept. Of Rev
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept. Of Rev.
P.O. Box 889292
Chicago, IL.
60680-1292


City Of Chicago Dept. Of Rev.
P.O. Box 889292
Chicago, IL.
60680-1292


City Of Chicago Dept. Of Rev.
P.O. Box 889292
Chicago, IL.
60680-1292


City Of Chicago Dept. Of Rev.
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept. Of Rev.
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept. Of Rev.
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept. Of Rev.
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept. Of Rev.
P.O. Box 88292
Chicago, IL.
60680-1292
```

City Of Chicago Dept. Of Rev.
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept. Of Rev.
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept. Of Rev.
P.O. Box 88292
Chicago, IL.
60680-1292


City Of Chicago Dept. Of Rev.
P.O. Box 88292
Chicago, IL.
60680-1292


Dependon Collection Serv.
7627 Lake Street
River Forest, IL.
60305-1878


HSBC Auto Finance
P.O. Box 17904
San Diego, CA.
92177


Island National Group
6851 Jerico Turnp Suite 180
Syossett, NY.
11791


NCO- Financial
P.O. Box 41448
Philadelphia, PA.
19101


NCO- Medclear
P.O. Box 41448
Philadelphia, PA.
19101

```
Washington Mutual Providian
P.O. Box 660490
Dallas, TX.
75266-0490


Wexler & Wexler
500 W. Madison St.
Chicago, IL.
60661-4571
```